**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ASHLIE DAWN WALKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 3:26-cv-00164-RJD**[1] |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

**DALY, Magistrate Judge:**

This matter comes before the Court on the parties' Joint Motion to Remand to the Commissioner. (Doc. 20).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).  Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

For good cause shown, the Joint Motion to Remand to the Commissioner (Doc. 20) is **GRANTED**. On remand, the ALJ will do the following: (1) consider Plaintiff's spine-related impairments; (2) re-evaluate Plaintiff's residual functional capacity; (3) further evaluate alleged symptoms; (4) offer Plaintiff an opportunity for a hearing; (5) take further action to complete the

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). (Doc. 9).

administrative record; and (6) issue a new decision.  Plaintiff applied for benefits on May 9, 2022. (Tr. 19). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.  All pending deadlines are moot.

**IT IS SO ORDERED.**

**DATED: July 20, 2026**

**Hon. Reona J. Daly**
**United States Magistrate Judge**

2